# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

APR 21 2025 PM 4:33
FILED-USDC-NDTX-FW

GINGER L. EDWARDS
_____
Plaintiff

4-25CV-436-0
_____
Civil Action No.

v.

Grant H. Jack
_____
Defendant's  Rowlett, Texas
cont. on next page

## COMPLAINT

conspiracy case – and violation of
my constitutal rights.

After my husband passed away I lived with
A man Named Danny Duke of Balch Springs
who married a woman named Amanda. she
was 24 at the time and they assumed my identity
and conspired to kill me. I couldn't get any help
from Balch Springs P.D. so I went to the Dallas
District Attorney's office, where I met Grant H. Jack.

\* Attach additional pages as needed.

Date        April 21, 2025
Signature   Ginger Edwards
Print Name  GINGER EDWARDS
Address     801 N. 1st Street
City, State, Zip  FORT WORTH, TX 76102
Telephone   N/A

Grant Jack was an investigator with The Dallas District Attorneys. I thought that was the last I would ever hear of the two of them. She lived in a Mobile Home Park in Mesquite boarderding Dallas County. CLOSE TO MY LATE HUSBAND's & I (his widow) 920 McKenzie Mesquite, TX

I moved back to FORT WORTH, my hometown, and lived at UGM until I was eligible for FORT WORTH Housing Authority found me an apartment Historical Electric Bldg downtown FORT WORTH where I resided for 5 years

During those 5 years I was a member of an AA club house Harbor Club 3000 W. 5th St. where I met a man named Richard "DICK" SMITH. I was placed on Probation in Dallas county for fleeing the domestic violence I incurred at the hands of Danny Duke, Amanda's husband.

Dick Smith, I believe was a

preditor and was very friendly and asked if I needed help in any way. I am a disabled widow, on probation and it was hard making ends meet so I borrowed $200 from Mr Smith.

At this same time Grant Jack + Dallas county we monitering my phone calls w/o my permission.

Grant Jack, I later found out was former Secret service and I saw a photo of Him with an asault riffle + bullet proof vest guarding the younger President George Bush at Craw ford Ranch.

I didn't pay Dick Smith back immediately and Grant Jack made a bet with Richard "DICK" SMITH that he could try to kill me + Grant Jack could keep me alive. all this while, Grant Jack was watching me at the Harbor Club & celebrations at cen July 4th Dick Smith came

*Additional Page(s)

up to me + took my hand and kissed it. I had previously seen Grant Jack and a team standing beside a surveilance van. As Dick kissed my hand — Storm Sirens went off and my Apartment in Historic Electric became a War Zone. Saw a man named Mike, member of Harbor Club from Chicago, IL. There was a tall African American named Anthor who was a Veteran who lived below me whom I believe was protecting me. I lived on the 3rd floor. I Saw a man with a deer rifle on the Parking lot adjacent from my building — he saw me looking at him and got back into his truck. I was hiding in the bathroom once and heard Grant Jack's voice say "look at Ginger". He told my Aunt Mary Johnson and other members he was going to marry me. That he was saving me from Dick Smith. This went on for a long time. Jack would enter my

apartment and leave out clothes he wanted me to wear. On one night he convinced me to pack a bag to run off + get married and I sat in a rocker at the window looking up to the Burk Burnett Bldg and I could make out a display on the Building which read G Jack X 2. I had to get down on my knees, sleep in the closet, urinate in a rubber boot, drag my futon matress into the bathroom. I went to my Church, First UNITED METHODIST CHURCH to speak WITH FORMER FEDERAL Prosercutor Brooks Herrington of the Justice MiNistries, also over WOMENS CENTER LEGAL ISSUES. ~~.......~~

~~.......~~

    Back up to Union Gosple Mission - I got an infection on my chest + went to the Healing shepard clinic for treatment and was treated by Dr. Randal Brown who for some reason instead of prescribing medication, irrigated it leaving a hole in my chest full of Guaze.

*Additional Page(s)

I googled Grant Jack's name during this time period and discovered an article, Dallas Morning News ~~suthere~~ Nov. 7 2014, where The Texas Rangers were investigating Jack for Sex Crimes, official Bribery and a young woman, later Jack told me her name was Debbie, wore a WIRE.

I Rea suffered from Stolckhome Syndrome and never got a chance to check into it. I started becoming very ill. Visiting local hospitals EMERGENCY's and I was having heart attacks. Jack sent a message once "You have 24 hours to live" You've been poisoned WITH Arsenic. I had a service dog when I went to the Texas Rangers office in Mesquite AND Ranger Jay Odem had me taken to a Mental Hospital which was going to let me out on the streets. I told them I live in FORT WORTH. They drove me home & my apartment was ram sacked & he would gas light my things & furniture.

I had a silver VW Beetle Bug and an Hispanic woman in a Chevy Blazer put her auto in reverse & gunned it crushing my Beetle's engine. I had to ride a bus home.

~~requested~~ I was able to get an hair frollical from ANY LAB proving Arsnic in my system. When the report came in the mail, I called my case manager Cory Castle to meet with me at my Apartment, Cory called any lab and they all down played the results. I call Fort Worth P.D. and they mocked me.

Requested to move to Pennsylvania Place Apartments by Fort Worth Housing Authority. My eight years there were hell. The Apartment Manager + Maintenence men would lock me out of my apt, Intimidate me, and poison my food & Dogs and allow dangerous people Christopher TUCKER who assaulted me

at watts Park to again have, acess to the Apartments after I told her that he was the man who assaulted me at the Park which when FORT WORTH PD were called by a unknown citizen that "Charles" was choking me didn't arrest him, Sent me home + let him go + live by a toddler daycare exposing them to his drugs+ bodily functions. During this time every cell phone I tried to use would either blow up saying No more data to film Charles. Cars would speed up on me as if they were trying to hit me. Coffee started making my heart feel like it was going to explode. once I took a pill prescribed to me and it made my head feel like it was gonna explode Went to Harris Methodist ER - while waiting for Discharge plans was arrested for Criminal tresspasing, held in Tarrant County Jail and was terrorized by cops. Sheriff's dept.

While I was at the Harbor Club one day WITH my Service Dog Sunny, which I gave to a stranger when I went to seek help from Ranger Jay Odem.

Darrall Johnson brought a cake to the club and he was laughing + eating cookies. I ate the cake and it was the strongest dose of poison yet. The had a thug pet my dog and poisoned her also. I made it back to my Apt and thought If I'm going to die, it will be because my heart is too slow so I over dosed my Dog + I on prescription atennded for a congenital heart defect Wolff Parkinson White syndrome.

Now I'm driving a VW Station wagon working for favor delivery driver. A woman driving a blue 4 door auto told me after she honked at me at 2 lights on Jennings swerving in Front of me on Lancaster Ave slammed on her breaks totalling my second car only after I put $2,000 into the car wheels + tires + auto repairs at Tim's German Auto.

He Had my friends at Harbor Club alienate me and my Friend whom I helped out (service work) at Tim's German Auto refuse to work on my station wagon instead having al CRIM & a friend of LINDA Sue GIBSON's Sabotage it. I was denied my COLA CHECKS FROM A Supervisor Rodriguez of Socal Security. Bullied by Internal Revenue Service. Bullied + laughed at by the FBI on Seven occasions, Bullied by Trinity Bus employees. Bullied by the Trinity metro Zip Zone employees. Meth was offered to me by a guy name Chad. Went to MAMR, Coffee Shops & resturants. Evicted – Met "Danny" in the park – I Knew Grant Thek Sent him. THOUGHT HE WAS CIA. Danny "TOM" lived WITH The girl Amanda Whom tried to Kill me in 2009. They were living in my home in MesQuite while I was in the park WITH My two dogs. Tied then to a tree to

to get them to a safe place. Danny "Tom" married the woman because they had a baby together.

I filed numerous law suits and was getting down to 98 lbs during this time. Met a man who called his self "BIFF". Source told me is Name is Major Ben of Abilene.

Fled in my Dads Brant Christie auto to get help in Austin — NOT SAFE THERE arrested in Robertson after calling police for assault. Poison on my stering wheel. They lied — kept me for a year, placing the case pending to hold me for mental hospital declaring me incompentent and completed the compentency Restoration. Found Came home — dangerous people at my dad's place This new Community

Currently — I have been
poisoned at Broadway Baptist
Agapy meal, community entr,

Mark Pittman wouldn't give me
protection.

Filed a case last week and
didn't get protection. Sleeping
in park. Not safer

Please help me


Cad M.M.

Major Ben of
    Abilene

Tom' CIA   Previous lawsuit filed in this court
                    3 years ago

Tom's wife Amanda

US Texas Northern District Court

  US. Clerks office of Texas Northern
      District Court

  Judge Mark Pittman

  Judge Mark X Mullin

  Federal Marshalls located at
      U.S. Court House District Court
      Northern District.

  FBI Federal Building
      777 Taylor St
      Fort Worth, TX

  Social Security
      777 Taylor ST
      Fort Worth, TX

  IRS 777 Taylor St
      Fort Worth, TX

  FBI one Justice Way
      Dallas, Texas

  U.S. Postal Service inside fed. bldg
      777 Taylor, Fort Worth TX

Dallas County Criminal Court

River Run Dallas

Dallas County District Attorneys
office Dallas

Allied Security Dallas t

Allied Security
        Fort Worth

Trinity Metro Bus Station

Trinity Metro Zip Zone

Texas Rangers
        Dallas County

Dallas Police Dept.

Dallas Sheriffs Dept.

Dallas Fire Dept.
        Dept.
Texas V Corrections

Texas Rangers agent
        Jay Odem

United States Postal Service Main location
        Lancaster St. Fort Worth

Texas Rangers Agent
      Danny Welch of Fort Worth
      Member of Cowtown Club house
      located in Broadway Baptist church

Broadway Baptist CHURCH
      Community Center
      Jennings st. Fort Worth, TX
      Dawn of Broadway Baptist CHURCH
            Community CHURCH
            Fort Worth, TX


Broadway Baptist CHURCH
      Jennings st. Fort Worth, TX


SIDDON Place Apartments
      Previously Pennsylvania Place Apts
            Pennsylvania Ave
            Fort Worth, TX

Earnestine Baldera resident of
      SIDDON Place Apts
Manager Betty Skull Siddon's Place
      Apartments
asst. Manager Pat Siddon's Place
      Apartments

Earnestine's Grand Son Jowan resident of Siddon Place Apts residing WITH His Grand Mother Earnestine.

Earnestines daughter resides with Earnestine in Siddon Place Apts Pennsylvania Ave Ft Worth, TX

CHRISTOPHER TUCKER "CHARLES" homeless man who assalted me + shot my service dog WITH gun lived at Watts Park on Jennings + May st.

Jesus Resturant Main street FtW TX

Summer Moon Coffee shop South Main st. Fort Werth, TX

The Taste Resturant Main st. FtWTX

Judge Keith Violation of Rights+ failed to issue Protection when asked for on Previous cases filed

Defendants    Page 6

Maintenance Man Siddon Place Apts

Venua, Tulane Resident Siddon Place
                    apts. Apt
        (former) 328

Muslim Max called his self "X"
        former resident in Apt 328

Linda Sue Gibson resident below
        my old apartment 327
            Siddons Place Apartment

Fort Worth Housing Authority

Fort Worth Police Dept
        Magnolia + Hemphill st.

Spiral Diner
        Magnolia Ave Fort Worth, TX

Quik Trip Hemphill st Ft Worth, TX

7-11 7th Street + Summit Ft Worth, TX

Fort Worth District Attorney's office

Tarrant County Sheriffs Dept.

Tarrant County Jail

Walmart Hemphill

Walmart Jacksporo Hwy

JPS Psychiatric Center
1500 S. Main, Fort Worth, TX

JPS URGENT
1500 S. Main, Fort Worth, TX

JPS ER - JPS Hospital

JPS Health Network & pharmacy

McDonalds inside JPS

McDonalds Camp Bowie

McDonalds Florence South Carolina

Psychiatric Medical association
6404 International PKWY
Plano, TX

Trinity Springs Pavilion
1500 S. Main STREET FORT WORTH TX

Cypress Springs Psych. Arlington, TX

YMCA - Downtown Fort Worth Lamar st.

Downtown Market Lamar St FORT Worth TX

Union Gospel Mission E. Lancaster FtW

YNCA Downtown Fort Worth TX

Womens Center Hemphill Street Ft.W.

SAFE PLACE & CHAPIN corner of Rosedale &
Hemphill

Kevin Kelly – DRIVER of Blue Dodge Ram TRUCK currently on Probation just received housing lives on EAST SIDE OF FORT WORTH friend of Texas Ranger Agent Danny Welch

Fort Worth Fire STATION # 2 Downtown FortWorth TX

Harris Methodist  Pennsylvania Ave Fort Worth

Texas Heart Health Pennsylvania Medical Police who are Security for Harris Hospital

Baylor all Saints Hospital Ft Worth, TX

Eagle Security  G. Coil

Omni Hotel

Hilton Hotel

Cici's Pizza

Red Oak management 500 W. 7th Street FtWorth TX

Defendants' Page 9

Bon Géorno Coffee shop located in 500 W. 7th Street Fort WorthTX

Burk Burnett Bldg. Downtown Fort Worth TX

Federal Prosecutors officed inside Burk Burnett Bldg Fort Worth, TX

Ambassoders who patrol Burk Burnett Park

Oak Street Health 28th Street Ft WorthTX

Dr. Brian Byrd Palms Medical SW Ft Worth

Dr. Randall Brown Palms Medical SW FtW

Palms Medicate SW FORT WORTH

Harris Methodist Southwest FortWorth

Bob Carivela of Palms Medical SW FtW

Fair view Community Center 7328 CHapin Rd

Dena manage of Fair View Community Cn

Johnathon maintenance of Fair View Comm

First United Methodist CHURCH

1st street MISSion of First United Methodist Church

Robert ~~fed~~ resident who lives WITH
HIS MOTHER ON 1st FLOOR
Fair view Community Center

Mary — resident who lives in 303
of Fair view Community Center

Cowtown Club house located in Broadway
Baptist CHURCH Jennings st
Fort Worth

Club House Members

Al CRIM

Amy
Jeff
April
Barbara
Nacho
TRISH
Tamas
Megan

AT+T Phone compant
Metro PCS Rosedale st Fort Worth TX
T MoBilE / Sprint Seminary Drive FtW

Defendants          Page 11

World of Smoke 360 W. 5th St. Ft. W, TX

World of Smoke 2401 W. 7th St Ft W, TX

Smoke + Vape D2 1411 W. Magnolia Ave
          Fort Worth, TX

Lucky Vaper 3024 Race Street Fort Worth, TX

World of Smoke + Vape 2809 Bledsoe Ftw, TX

Long Ave Smoke Shop 2620 N. W 22nd FtW TX

Easy's Smoke Shop   Jacksboro Hwy Ft Worth

THRIVE Apothecary  9 Main Fort Worth, TX

Delta 8 Fort Worth  1501 W. Magnolia Ave
                    Ft. Worth TX

Walgreens pharmacy  Henderson St. Ftw TX

Walgreen's pharmacy Camp Bowie Blvd Ftw TX

Millwood Hospital  1011 N. Cooper St
                Arlington, TX

CITY of River Oaks  4900 River Oaks Blvd
          River Oaks TX

Cowtown BINGO  Jacks Boro Hwy Ft Worth TX

Defendants        Page 12

Tom THUMB West 7th street Fort Worth
        Starbucks inside Tom THUMB on 7th St.

Starbucks in Montgomery Plaza Fort Worth, TX
        7th street

~~QQQQQQQQQQQQQQQQQ~~

Spectrum on 7th Street Fort Worth, TX

Crickit phone Camp Bowie Blvd

La Madaline Resturant Camp Bowie Ftw, TX

Starbucks Camp Bowie

Bank of America Downtown Fort Worth TX

Bank of America Columbia North Carolina

Bank of America Myrtle Beach South Carolina

AmtraK boarded in FORT WORTH TEXAS

Yellow Cab Fort Worth, TX's

Public Storage → Henderson St Fort North TX

Dallas Union Station Dallas, TX

Buchee's I-35 north of Austin

City of Austin mayors office assistant

Defendants' Page 13

Gray shelter in Austin TX

CITY of Austin

STATE OF TEXAS

Ken Paxton of State of Texas Attorney General

Sherri Hightower of Ken Paxton's Asst

City of Robertson

Officer Nice of City of Robertson

McLennon County Sheriff's Dept

McLennon County Jail

Court Appointed lawyer Katherine Beltzer
    of Waco, TX

City of Waco

McLennon County Jail employees

Judge who presided over case in McLennon
                    County Courthouse

McLennon County

PNC Bank

Gorilla Vape 3601 Airport FRWY Bedford TX

Twisted Smoke 1527 Jacksboro Hwy FtW TX

24 K Smoke Shop 2001 8th Ave Fort Worth TX

Smoke + Vape Dz 6650 Beach St. Ft. Worth

Gas PIPE SMOKE SHOP 6033 Camp Bowie Fw

Defendants Page 14

Fort Worth Water Dept - Poisoned
water fountain Policeman + Firemans
Memorial Park Fort Worth Tx  7th St.

House of Hope Director Tyana Davis
            Florence  CHURCH ST S. Carolina
House of HOPE CEO MITCH House of HOPE
            Florence, SC. Main Location
Salvation Army of Florence S.C.
        Resident

MUSC Hospital  South Carolina

Florence Puble library  Florence South Carolina

Juanille

Larry Finstrome Attorney in Dallas who
      handled illegal Qwik deed of
      920 McKenzie Rd
      Mesquite, TX

Balch Springs Police Dept.   Charged with Making
                            fake ID in ELLIS Co.
Cindy - cohort of Amanda
Rusty duke Nephew of deceased Danny Duke
      of Dallas Texas

Harbor Club  3000 w. 5th Street Ft. W. TX
Gene Benion  president of Harbor Club
Carol Galt  manager of  Harbor Club

Mike Crow of Crow's Carpet
Weatherford HWY Aledo, TX

Nick's Sportsbar Rowlett, TEXAS

MIA - Manager of Astoric Electric Building Ft.N.

Hispanic Maintenance man of Astorical Electrical Bldg.

Hispanic maintenance man Siddon's Place Apt.

Mike    member of Harbor Club, friend of Richard Smith from Chicago, IL.

Brooks Herrington of the Justice MINISTRIES FIRST UNITED METHODIST CHURCH

Secretary of 1st united Methodist church

Security Officer of 1st united Methodist Church

MHMR Penn SQaare Clinic pennsylvania Ave FORT WORTH

Cory Castle casemanager

provider white man WITH silver hair

Darral Johnston member of Harbor Club

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.    *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Gimpert Edwards

(b) County of Residence of First Listed Plaintiff    Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

Grant A. Jack etal

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
         THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government
        Plaintiff
- [ ] 2  U.S. Government
        Defendant
- [ ] 3  Federal Question
        *(U.S. Government Not a Party)*
- [ ] 4  Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | **PERSONAL INJURY** | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 365 Personal Injury - Product Liability | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 865 RSI (405(g)) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | **FEDERAL TAX SUITS** | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | [ ] 871 IRS—Third Party 26 USC 7609 | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Civil Rights

Brief description of cause:
Conspiracy

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    [ ] Yes    [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE _____    DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____