IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| GINGER L. EDWARDS, | § |
| | § |
| | § |
| v. | § Civil Action No. 4:25-cv-0436-Y-BP |
| | § |
| | § |
| GRANT H. JACK, et al., | § |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States magistrate judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge believes that the findings and conclusions of the magistrate judge are correct, and they are accepted as the findings and conclusions of the Court.

Accordingly, this case is **DISMISSED with prejudice** according to 28 U.S.C. § 1915(e)(2)(B)(i).

The Court cautions Plaintiff that if she files any other civil actions in this Court that assert the same or essentially the same claims as those brought in this action, the Court may enter a monetary sanction against her or may require that she not file any further case without first securing leave to file the case from a district judge or magistrate judge.

SIGNED July 7, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE